```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
     United States Courthouse
     312 North Spring Street, 14th Floor
     Los Angeles, California 90012
     Telephone:  (213) 894-5710
     Facsimile:  (213) 894-7177
     E-Mail:  Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

JS-6

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: SACV 15-01542-JVS(KSx) |
| Plaintiff, | **CONSENT JUDGMENT** |
| vs. | |
| $22,272.00 IN U.S. CURRENCY, | |
| Defendant. | |

    The civil forfeiture action captioned above was commenced on September 24, 2015.  No claims or answers were filed, and time for filing claims and answers has expired.

1   Plaintiff and Nhu Thi Huynh Nguyen ("Nguyen") have made a
2  stipulated request for the entry of this consent judgment of
3  forfeiture resolving all claims concerning the defendant
4  $22,272.00 in U.S. currency ("defendant currency") (Asset ID No.
5  15-DEA-611341 and 15-DEA-611354).
6   The Court has been duly advised of and has considered the
7  matter.  Based upon the mutual consent of the parties hereto and
8  good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES**
9  **AND DECREES** that sixty percent of the seized currency,
10 $13,363.20 of the defendant currency, plus all interest earned
11 by the government on the full amount of the defendant currency
12 since seizure will be forfeited to the United States of America,
13 and no other person or entity shall have any right, title or
14 interest therein.  The remaining forty percent of the defendant
15 currency, $8,908.80 of the defendant currency, without any
16 interest earned by the government on that amount, shall be
17 returned to Nguyen.  The funds are to be made payable via ACH
18 deposit to the Nguyen's attorney Robert W. Biddle, 120 East
19 Baltimore Street, Suite 1800, Baltimore, Maryland 21202.
20  Claimant has agreed to release the United States of
21 America, its agencies, agents, and officers, including employees
22 and agents of Drug Enforcement Administration ("DEA"), from any
23 and all claims, actions or liabilities arising out of or related
24 to the seizure and retention of the defendant currency
25 and/or this civil forfeiture action, including, without
26 limitation, any claim for attorneys' fees, costs or interest
27 which may be asserted on behalf of Claimant against the United
28 States, whether pursuant to 28 U.S.C. § 2465 or otherwise.

The Court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant asset.

Dated: January 27, 2016

_____
UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


           /s/
_____
FRANK D. KORTUM
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

3